UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:03CV00730 AGF |
| ) | |
| MICHAEL BOWERSOX, ) | |
| ) | |
| Respondent, ) | |

## **JUDGMENT**

Pursuant to the Memorandum and Order issued herein on this date,

**IT IS HEREBY ORDERED, ADJUDGED,** and **DECREED** that the petition of James Williams for habeas corpus relief is **DENIED** as time-barred.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of September, 2006.